191 So.2d 641

**TEXAS PIPE LINE COMPANY**

v.

**Harry STEIN and Mrs. Leona Falgoust Stein.**

No. 48452.

Nov. 18, 1966.

In re: Harry Stein and Mrs. Leona Falgoust Stein applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. James. 190 So.2d 244.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.